UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN VAN VO,

                Petitioner,

   v.

JERI BOE,

                Respondent.

CASE NO. C19-151-RAJ-BAT

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE TIME TO FILE AMENDED PETITION.**

The Court GRANTS petitioner's unopposed motion for extension of the date on which the State must respond to his petition (Dkt. 11) and ORDERS:

    1.     Petitioner's amended petition for writ of habeas corpus is due by July 9, 2019.

    2.     Respondent's answer to the amended petition is due August 9, 2019.

DATED this 5th day of June 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge