UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN VAN VO,

                Petitioner,

v.

JERI BOE,

                Respondent.

CASE NO. C19-151-RAJ-BAT

**ORDER GRANTING MOTION TO FILE AMENDED PETITION AND SETTING SCHEDULE**

The Court **GRANTS** the motion to file an amended habeas petition, Dkt. 15. Petitioner is currently incarcerated at the Clallam Bay Corrections Center and is subject to the Court's Mandatory E-Filing Initiative under General Orders 02-15 and 06-16. The Court, has reviewed petitioner's amended federal habeas petition, and **ORDERS** as follows:

    (1)    <u>Service</u>

The Clerk is directed to send to respondent and to the Attorney General of the State of Washington, via e-mail, copies of the amended petition, Dkt. 15, all documents in support thereof, and this Order.

    (2)    <u>Answer</u>

By **October 10, 2019,** the Respondent shall file and serve an answer to the amended petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States

ORDER GRANTING MOTION TO FILE
AMENDED PETITION AND SETTING
SCHEDULE - 1

District Courts. As part of such answer, Respondent shall state whether Petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4) <u>Noting Answer</u>

The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, Respondent shall note it for consideration on the fourth Friday after filing. Petitioner's response and Respondent's reply shall be filed as set forth in LCR 7(d).

(5) <u>Filing by Parties</u>

All attorneys admitted to practice before this Court must file documents electronically via the Court's CM/ECF system. All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed. Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. Petitioner shall indicate the date the document is submitted for e-filing as the date of service.

The parties are advised that when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

(6) <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served in accordance with LCR 7. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The

motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(7) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers shall be directed to the Clerk.

DATED this 9th day of August, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge