HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN VAN VO,

    Petitioner,

v.

RON HAYNES,

    Respondent.

Case No. 2: 19-cv-00151-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, the parties' objections or responses to that Report and Recommendation, and the remaining record, finds and ORDERS as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DENIED** and the case is **DISMISSED**;

3. Petitioner is **GRANTED** a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of February 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1